IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-185-RJC-DCK

| | |
|---|---|
| **BRADLEY P. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SELECTQUOTE AUTO & HOME** ) | |
| **INSURANCE SERVICES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay" (Document No. 29) filed April 22, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

The parties assert that "the scope of deposition testimony will be impacted by the Court's ruling on" "Plaintiffs' Motion To Compel Discovery Responses From Defendant" (Document No. 22), and therefore, the parties "request that all remaining deadlines in the Pretrial Order be stayed until such time as the Court rules on the Motion to Compel." (Document No. 29, p. 2). The undersigned finds good cause to allow the parties' request.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay" (Document No. 29) is **GRANTED**. This matter is **STAYED**.

**IT IS FURTHER ORDERED** that the parties' shall jointly file proposed revised case deadlines within **seven (7) days** of the Court's decision on "Plaintiffs' Motion To Compel Discovery Responses From Defendant" (Document No. 22).

**SO ORDERED**.

Signed: April 22, 2024

_David C. Keesler_
David C. Keesler
United States Magistrate Judge