IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BRADLEY P. DAVIS, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTQUOTE AUTO & HOME INSURANCE SERVICES, LLC,<br><br>Defendant. | Civil Action No. 3:22-cv-0185-RJC-DCK<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE HEARING** |

Plaintiff Bradley P. Davis ("Plaintiff") and Defendant SelectQuote Auto & Home Insurance Services, LLC, ("Defendant") (collectively the "Parties") hereby jointly provide notice to this Honorable Court that they have resolved all claims between them and will file a joint stipulation of dismissal with prejudice as soon as possible.

This matter is currently scheduled for a hearing on Plaintiff's Motion for Class Certification on January 23, 2026. In light of the parties' settlement of all claims prior to class certification, the parties respectfully submit that the hearing is no longer necessary.

Accordingly, the parties respectfully request that the Court remove the January 23, 2026, hearing from its calendar and stay all remaining deadlines pending the filing of a joint stipulation of dismissal with prejudice.

| | |
|---|---|
| */s Michael C. Harman* | */s/ Stephen D. Dellinger* |
| Michael C. Harman, Bar No. 43802 | Stephen D. Dellinger, Bar No. 16609 |
| michael@harmanlawnc.com | sdellinger@littler.com |
| HARMAN LAW, PLLC | Kevin Cleys, Bar No. 51589 |
| 16507 Northcross Dr., Suite B | kcleys@littler.com |
| Huntersville, NC. 28078 | LITTLER MENDELSON, P.C. |
| Telephone : 704.885.5550 | 620 South Tryon Street, Suite 950 |
| Facsimile : 704.885.5551 | Charlotte, NC 28202 |
| | Telephone : 704.972.7000 |
| *Attorney for Plaintiffs* | Facsimile : 704.333.4005 |
| | *Attorneys for Defendant* |